# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEN ROBERTS, ) | 2:10-CV-00255-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| STATE OF NEVADA, ex rel., et al., ) | |
| Defendants. ) | |

The Court having read and considered Plaintiff's Motion for Default Judgment (Doc. #17), filed on October 28, 2010, and Defendants' Response in Opposition thereto (Doc. #18) filed November 2, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Ken Roberts' Motion for Default Judgment (Doc. #17) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff's Motion to Stay Defendants' Motion for Summary Judgment (Doc. #20) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Ken Roberts' shall file a Response to Defendants' Motion for Summary Judgment (Doc. #15) on or before **December 6, 2010**.

DATED: November 5, 2010.

_____
PHILIP M. PRO
United States District Judge