1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **DISTRICT OF NEVADA**
7 * * *
8 KEN ROBERTS,                    )
                                  )          2:10-CV-00255-PMP-PAL
9              Plaintiff,         )
                                  )
10 vs.                            )
                                  )          **ORDER**
11 STATE OF NEVADA, ex rel., et al., )
                                  )
12              Defendants.       )
13 _____ )

14          Before the Court for consideration is Defendants' fully briefed Motion for

15 Summary Judgment (Doc. #15).  Having read and considered the foregoing, the

16 Court finds that Defendants' Motion for Summary Judgment should be granted.

17          Specifically, the record before the Court reveals no genuine issue of

18 material fact disputing that Plaintiff received extensive, continuous and competent

19 medical care while incarcerated at Southern Desert Correctional Center.  As a result,

20 Plaintiff's claim under the Eighth Amendment of deliberate indifference must fail

21 because he cannot show Defendants intentionally denied, delayed or interfered with

22 medical treatment or failed to respond to his medical needs.  Moreover, Plaintiff's

23 complaint that he should have been transferred to another prison facility to complete

24 his sentence is, in view of this Court, irrelevant to his claim of deliberate

25 indifference.

26 / / /

1    Additionally, the Court finds no genuine issue of material fact remains with

2  regard to Plaintiff's claim of retaliation.  In particular, Plaintiff has failed to

3  demonstrate any error in the calculation of his date for eligibility for parole.  The

4  record before the Court further establishes that Plaintiff Roberts actually violated

5  SDCC Operational Procedures 801 thereby subjecting himself to the disciplinary

6  charges brought against him.

7    Finally, Plaintiff fails to oppose Defendants argument that they are

8  insulated from liability from all claims under the doctrine of qualified immunity.

9  Conceding this final point, Plaintiff consequently consents to the granting of

10  Defendants' Motion for Summary Judgment in its totality.

11    **IT IS THEREFORE ORDERED that** Defendants' Motion for Summary

12  Judgment (Doc. #15) is **GRANTED**, and the Clerk of Court shall forthwith enter

13  judgment in favor of Defendants and against Plaintiff Ken Roberts on all claims in

14  this case.

15

16  DATED:  December 29, 2010.

17

18  _____

19  PHILIP M. PRO
    United States District Judge

20

21

22

23

24

25

26